■ HENRY MENDELOVITZ et al., Respondents, v PAUL DACHS, Appellant. [614 NYS2d 297] —Appeal by the defendant from an order of the Supreme Court, Rockland County (Stolarik, J.), dated September 17, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Stolarik at the Supreme Court. Sullivan, J. P., Balletta, Altman and Friedmann, JJ., concur.

■ ERLINE MIDY et al., Appellants, v JOSEPH M. JEAN, Defendant, and JEANNE K. PARKER et al., Respondents. [614 NYS2d 297] —Appeal by the plaintiffs from an order of the Supreme Court, Suffolk County (Gowan, J.), dated June 16, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gowan in the Supreme Court, Suffolk County. Sullivan, J. P., Balletta, Copertino and Santucci, JJ., concur.